[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 28, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-14872
Non-Argument Calendar

_____

D. C. Docket No. 03-00618-CR-CO-W

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRIAN ALLEN CAMPBELL,
a.k.a. Brian Alan Campbell,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(June 28, 2005)

Before: TJOFLAT, ANDERSON, and BLACK, circuit judges.

PER CURIAM

Donald L. Colee, Jr., appointed counsel for Brian A. Campbell in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record, in light of the defendant-appellant's waiver of the right to appeal, reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Brian A. Campbell's conviction and sentence are **AFFIRMED**.